IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| James Washington, Jr., | Civil Action No. 1:17-cv-3365-CMC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 20. In his petition, Plaintiff seeks an award of attorney's fees in the amount of $3,593.75, representing 28.75 attorney hours at the rate of $125.00 per hour, and $20.64 in expenses.

The Commissioner filed a response indicating that he does not oppose payment of $3,593.75 in attorney's fees and $20.64 in expenses to Plaintiff. ECF No. 21. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $3,593.75 in attorney's fees and $20.64 in expenses, payable directly to Plaintiff.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
August 12, 2019